6 A.3d 440

NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES, PLAINTIFF–RESPONDENT, v. D.R., DEFENDANT,IN THE MATTER OF THE GUARDIANSHIP OF D.J., N.D.R. AND N.R., MINORS (D.J., N.D.R., N.R.—PETITIONERS).

October 8, 2010.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Superior Court, Appellate Division, to reconsider its judgment in light of *In the Matter of D.C. and D.C., Minors*, 203 *N.J.* 545, 4 *A.*3d 1004 (2010). Jurisdiction is not retained.